# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ERICKA BRYANT, | § |
| Plaintiff, | § Civil Action No. 1:17-cv-24141-JEM |
| v. | § |
| BLUESTEM BRANDS, INC. d/b/a FINGERHUT, | § |
| Defendant. | § |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/* Ailen Cruz | */s/ Amy L. Bennecoff Ginsburg* |
| Ailen Cruz, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Wiand Guerra King, P.A. | Kimmel & Silverman, P.C. |
| 5505 W Gray St | 30 East Butler Pike |
| Tampa, FL 33609 | Ambler, PA 19002 |
| 8133475139 | Phone: (215) 540-8888 |
| Fax: 8133475139 | Fax: (877) 788-2864 |
| Email: acruz@wiandlaw.com | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: March 12, 2018 | Date: March 12, 2018 |

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 12th day of March, 2018:

Ailen Cruz, Esq.
Wiand Guerra King, P.A.
5505 W Gray St
Tampa, FL 33609
8133475139
Fax: 8133475139
Email: acruz@wiandlaw.com

*/s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff